**UNITED STATES DISTRICT COURT**
**FOR MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 6:12-cv-0274-CEH-DAB |
| v. | ) | |
| CASIO COMPUTER CO., LTD., | ) | |
| Defendant. | ) | |

# JOINT MOTION TO DISMISS

WHEREAS, the claims for relief asserted in this case by Plaintiff Brandywine Communications Technologies, LLC ("Brandywine") against Defendant Casio Computer Co., Ltd. ("Casio") have been resolved.

NOW, THEREFORE, Brandywine and Casio, through their attorneys of record, request this Court to dismiss Brandywine's claims for relief against Casio with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: December 7, 2012

Respectfully submitted,

/s/ Brian H. VanderZanden
Brian H. VanderZanden(*Pro Hac Vice*)
Trial Counsel
FARNEY DANIELS LLP
800 S. Austin Ave., Suite 200
Georgetown, TX 78626
Telephone: (512) 582-2831
Facsimile: (512) 582-2829
Email:bvanderzanden@farneydaniels.com

and

Christopher T. Hill
Trial Counsel
Florida Bar No. 0868371
Email: chill@hrkmlaw.com
Steven R. Main
Trial Counsel
Florida Bar No. 0144551
Email: smain@hrkmlaw.com
HILL, RUGH, KELLER & MAIN, P.L.
390 North Orange Avenue
Suite 1610
Orlando, Florida 32801
Telephone: 407-926-7460
Facsimile: 407-926-7461

**Attorneys for Plaintiff Brandywine Communications Technologies, LLC**

/s/ Daniel C. Johnson
Daniel C. Johnson
Trial Counsel
Florida Bar No. 522880
CARLTON FIELDS, P.A.
CNL Center at City Commons
450 S. Orange Avenue, Suite 500
Orlando, FL 32801-3336
Telephone: 407-849-0300
Facsimile: 407-648-9099
Email: djohnson@carltonfields.com

and

Scott D. Stimpson (*Pro Hac Vice*)
Trial Counsel
Email: sstimpson@sillscummis.com
Katherine M. Lieb (*Pro Hac Vice*)
Email: klieb@sillscummis.com
Trial Counsel
David C. Lee (*Pro Hac Vice*)
Email: dlee@sillscummis.com
Trial Counsel
SILLS CUMMIS & GROSS P.C.
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 643-7000
Facsimile: (212) 643-6500

**Attorneys for Defendant Casio Computer Co., Ltd.**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2012, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Brian H. VanderZanden
Brian H. VanderZanden