UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,**

      **Plaintiff,**

v.                                        Case No: 6:12-cv-274-Orl-36DAB

**CASIO COMPUTER CO. LTD.,**

      **Defendant.**
_____/

## O R D E R

Before the Court is the Joint Motion to Dismiss (Doc. 54). In accord with the Joint Motion to Dismiss, it is **ORDERED AND ADJUDGED** as follows:

1) The Joint Motion to Dismiss is **GRANTED** (Doc. 54).

2) This cause is dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

3) The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Orlando, Florida on December 10, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record